UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Emmanuel Ricardo Alanis Solis,<br><br>Plaintiff,<br><br>v.<br><br>Director, U.S. Citizenship and Immigration Services,<br><br>Defendant. | Case No. 2:25-cv-513 |

## ORDER OF DISMISSAL

A review of the docket in this case reveals the following:

1. On May 19, 2025, Plaintiff filed a Complaint against the Director of the United States Citizenship and Immigration Services. Plaintiff paid the filing fee and filed a Notice of Pro Se Appearance.

2. On August 28, 2025, the court ordered Plaintiff to file proof of timely service or to show good cause for the failure to serve process on or before September 26, 2025. Plaintiff was warned that if he "should fail to respond, the case must be dismissed under Rule 4(m)." (Doc. 3 at 2.)

3. No further filings have been received as of the date of this Order.

Federal Rule of Civil Procedure 4(m) states that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). Rule 4(l)(1) requires proof of service of the summons be made to the court.

On August 28, 2025, over ninety days after the Complaint was filed, Plaintiff was ordered to file proof of timely service or to show good cause for the failure to serve Defendant. Plaintiff was warned that, should he fail to respond, the case must be dismissed.

Because this case was filed over four months ago, Plaintiff has failed to provide proof of timely service as to Defendant, and Plaintiff has not filed a response to the August 28, 2025 Order demonstrating proof of service or good cause for the failure to timely serve Defendant, this case must be DISMISSED WITHOUT PREJUDICE under Rule 4(m).

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 6th day of October, 2025.

/s/ Geoffrey W. Crawford
District Judge
United States District Court